IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:09-cr-00005 |
| | ) | |
| CHRISTINA MARIE KORBE | ) | |

## ORDER OF COURT

AND NOW, this 29th day of April 2009, upon consideration of the PETITION FOR PERMISSION FOR A CONTACT VISIT WITH CHILDREN filed by Defendant Christina Marie Korbe (Document No. 33), and it appearing that neither the government nor pretrial services has any objection to Defendant's request for a contact visit with her children and that the Warden of the Cambria County Jail has apparently confirmed that there would be "no problem" with such a visit and that there are appropriate facilities for such an encounter,

NOW THEREFORE, the Petition is **GRANTED** provided that the appropriate date, time and facility arrangements are confirmed with the Cambria County Jail personnel and reasonable advanced notice of said visit is filed with the Clerk of Court under seal.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Troy Rivetti,
Assistant U.S. Attorney
Email: Troy.Rivetti@usdoj.gov

John Elash, Esquire
Email: John.Elash@verizon.net

Phillip P. DiLucente, Esquire
Dilucente & Tetlow, LLC
Email: dilucente@dtlegal.com