RECORDED CALL
November 21, 2008
1:58 PM

CK:   Christina Korbe
SK:   Stephen Korbe
UI:   Unintelligible

SK:   Uh, well here's the thing, at least two other people named in this week's mandate have been accused of trying to kill police, in May of Two-O-seven. Joshua Fariska and Gino Riccelli.

CK:   Yeah! Yeah! See? They're the ones who sent the--oh motherfucker me and that Gino. That Gino got out with nothin'. They got out of their shit with nothin' right now. They're on probation, they fuckin' sell--they sell it to Bobby. They sent them to Bobby.

SK:   Who?

CK:   Those motherfuckers, I'm gonna kill that mother--I swear to God, I'm gonna kill that Gino. I knew, I told him--

SK:   Watch what you say on this phone, (UI).

CK:   I told Bob, I told Bob about them. I said, I guarantee you, Bob, they turned on you.

SK:   Yeah..

CK:   Said I guarantee you.

SK:   Well, ain't he the one, he got in a f--ain't Gino the one that got in a fight in a bar?

CK:   No, that's Tony Jordan.

SK:   Oh, Tony Jordan.

CK:   Yeah.

SK:   Oh, okay, (UI).

CK:   No, but Gino, Gino's Joe's boy. Okay?