IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-05 |
| | ) | |
| CHRISTINA MARIE KORBE | ) | |

<u>RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL</u>

The following materials are provided to you pursuant to Local Criminal Rule 16.1 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1.    Protective Order.

2.    Relevant written or recorded statements or confessions of the defendant.  Specify:

CD-R containing recorded telephone calls from Allegheny County Jail and Cambria County Jail;

CD-R containing copy of telephone call;

Allegheny County Homicide Report, dated 11/19/08 (hand - drawn diagram and signed Miranda Waiver attached);

FBI-302 Report, dated 12/9/08;

FBI-302 Report, dated 12/9/08;

FBI-302 Report, dated 12/2/08 (redacted);

FBI-302 Report, dated 12/11/08;

Allegheny County Homicide Report, dated 11/19/08;

Allegheny County Homicide Report, dated 11/19/08 (redacted);

FBI-302 Report, dated 12/2/08 (redacted);

Allegheny County Homicide Report, dated 11/19/08 (redacted);

Page 2

FBI-302 Report, dated 12/2/08 (redacted);

Allegheny County Homicide Report dated 11/19/08 (redacted);

FBI-302 Report, dated 12/2/08 (redacted);

Allegheny County Homicide Arrest Report and Criminal Complaint;

FBI-302 Report, dated 12/12/08 (redacted);

FBI-302 Report, dated 12/22/08 (redacted);

FBI-302 Report, dated 11/28/08 (redacted);

FBI-302 Report, dated 12/22/08 (redacted);

FBI-302 Report, dated 12/12/08 (redacted);

FBI-302 Report, dated 12/16/08 (redacted);

Allegheny County Department of Human Services Report, dated 11/25/08.

3.   Grand Jury testimony of the defendant.  Specify:

None.

4.   Defendant's prior criminal record attached.

_____ Yes              __X__ No

5.   At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

Page 3

6.   Reports of relevant physical or mental examinations and scientific tests.  Specify:

11/21/08 Gunshot Residue Analysis;

12/4/08 Gunshot Residue Analysis;

11/26/08 Allegheny County Laboratory Serology Report;

12/2/08 Allegheny County Laboratory Firearms and Toolmarks Section Report;

12/17/08 Allegheny County Laboratory Firearms and ToolMarks Section Report;

12/12/08 Allegheny County Laboratory Serology Report;

11/24/08 Allegheny County Laboratory Latent Print Report;

11/25/08 Allegheny County Laboratory Drug Chemistry Report;

11/20/08 Allegheny County Laboratory Autopsy Report;

12/8/08 Allegheny County Laboratory Specimens Report;

Electronic Total Station Survey;

DEA Laboratory Reports and Latent Print Reports for Exhibit Nos. 1, 2, 3, 4, 5, 6, 7 and 8;

DEA Laboratory Reports and Latent Print Reports for Exhibit Nos. 1, 2 and 3;

Copies of four (4) Finger Print Cards for Robert Korbe;

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, dated 12/14/2008 (redacted);

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, Interstate/Foreign Nexus Determination;

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, Interstate/Foreign Nexus Determination (ammunition).

*Additional reports to be provided upon completion of laboratory analysis.

Page 4

7.   Evidence favorable to the defendant.  Specify:

None.

8.   Other.  Specify:

Search Warrant Applications/Affidavits/Items Seized;
(8 Federal/1 State)

FBI-302 Report, dated 12/9/08;

Allegheny County Homicide Report, dated 11/19/08;

Allegheny County Homicide Report, dated 11/19/08;

FBI-302 Report, dated 11/22/08;

FBI-302 Report, dated 11/20/08;

FBI-302 Report, dated 12/5/08;

FBI-302 Report, dated 12/5/08;

Indiana   Township   Police   Department   Report,   dated
11/20/08;

Indiana   Township   Police   Department   Report,   dated
11/30/08;

Allegheny County Laboratory Mobile Unit Report, dated
12/2/08;

FBI-302 Report, dated 11/19/08.


_____
Counsel for Defendant

_____
Date   1/15/09


Original to Magistrate
Copy for Defendant and USA



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

January 29, 2009

John Elash, Esquire
1302 Grant Building
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Mr. Elash:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find a copy of the Receipt for Property Seized
pursuant to the execution of the federal search warrant filed at
Case Number 08-642M.  This copy of the "Items Seized" was
inadvertently omitted from the materials provided to you with the
original Receipt for Local Criminal Rule 16.1 Materials.   I
apologize for this omission.

Also enclosed please find the following additional Rule 16
Materials:

    FBI-302 Report, dated 11/19/2008;

    FBI-302 Report (redacted), dated 1/14/2009;

    FBI-302 Report, dated 12/3/2008;

    Nine (9) Indiana Township Police Department Reports;

    Allegheny County Police Report (redacted), dated 9/15/1995;

    Allegheny County Police Report (redacted), dated 8/2/1995;

    Criminal Complaint and Docket Materials, Arrest of Christine
        Roland; and

    City of Pittsburgh Police Report, dated 9/27/1991.

January 29, 2008
Page 2

The enclosed materials are being provided to you pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Please call me if you have any questions.  The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials.

Thank you for your attention to this matter.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

**/s/ TROY RIVETTI**

TROY RIVETTI
Assistant U.S. Attorney

cc:  Philip P. DiLucente, Esquire (w/o encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219     412/644-3500

March 5, 2009

John Elash, Esquire
1302 Grant Building
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Mr. Elash:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find the following additional Rule 16 Materials:

    FBI-302 Report, dated 12/30/2008;

    FBI-302 Report, dated 1/14/2009 (redacted);

    FBI-302 Report, dated 2/20/2009 (redacted);

    FBI-302 Report, dated 2/20/2009 (redacted);

    Sharpsburg Borough Police Report, dated 6/20/2007;

    Sharpsburg Borough Police Report, dated 5/12/2008;

    Police Criminal Complaint, Allegheny County,
        dated 7/15/2005;

    Police Criminal Complaint, Allegheny County,
        dated 11/22/2005;

    Laboratory Report/Serology Report, Allegheny County,
        dated 1/22/2009;

    Laboratory Report/Mobile Unit Report, Allegheny County,
        dated 11/24/2008;

March 5, 2009
Page 2


      FBI Laboratory Report, dated 1/14/2009;

      Allegheny County Laboratory Firearms & Toolmarks Section
          Report, dated 2/11/2009;

      DEA Laboratory Report, Exh. 82.


The enclosed materials are being provided to you pursuant to Rule
16 of the Federal Rules of Criminal Procedure.  Please call me if
you have any questions.  The Court's January 14, 2009 Protective
Order governs the disclosure and/or use of these materials.

Thank you for your attention to this matter.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

**/s/ TROY RIVETTI**

TROY RIVETTI
Assistant U.S. Attorney

cc:  Philip P. DiLucente, Esquire (w/o encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

May 1, 2009


John Elash, Esquire
1302 Grant Building
Pittsburgh, PA   15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Mr. Elash:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find the following additional Rule 16 Materials:

     One (1) CD-R containing recorded telephone calls;

     FBI-302 Report, dated 4/7/2009 (redacted);

     Report of Laboratory Findings, Allegheny County,
          Office of the Medical Examiner, dated 4/6/2009;

     Report of Examination, FBI Laboratory, dated 1/14/2009;

     Report of Examination, FBI Laboratory, dated 4/2/2009;

     Report of Examination, FBI Laboratory, dated 4/16/2009;

     Fingerprint Examination Report, Drug Enforcement
          Administration, Northeast Laboratory, dated 2/13/2009;

     Gunshot Residue Analysis, RJ Lee Group, Inc.,
          dated 1/19/2009; and

     Search Warrant and Affidavit, 111 Woods Run Road,
          Indiana Township, PA.

May 1, 2009
Page 2

The enclosed materials are being provided to you pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Please call me if you have any questions.  The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials.

Thank you for your attention to this matter.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

/s/ TROY RIVETTI

TROY RIVETTI
Assistant U.S. Attorney

cc:  Philip P. DiLucente, Esquire (w/o encs.)



**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

---

*U.S. Post Office & Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219*                    *412/644-3500*

July 30, 2009

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

As you requested, pursuant to Rule 16 of the Federal Rules of
Criminal Procedure, enclosed please find copies of the following
documents previously provided to former counsel for your client
(John Elash, Esq.):

1.    **Protective Order**

2.    **Relevant written or recorded statements or confessions of
      the defendant:**

           **Allegheny County Homicide Report, dated 11/19/08 (hand
           -drawn diagram and signed Miranda Waiver attached);**

           **FBI-302 Report, dated 12/9/08;**

           **FBI-302 Report, dated 12/9/08;**

           **FBI-302 Report, dated 12/2/08 (redacted);**

           **FBI-302 Report, dated 12/11/08;**

           **Allegheny County Homicide Report, dated 11/19/08;**

           **Allegheny County Homicide Report, dated 11/19/08
           (redacted);**

           **FBI-302 Report, dated 12/2/08 (redacted);**

Page 2

Allegheny County Homicide Report, dated 11/19/08 (redacted);

FBI-302 Report, dated 12/2/08 (redacted);

Allegheny County Homicide Report dated 11/19/08 (redacted);

FBI-302 Report, dated 12/2/08 (redacted);

Allegheny County Homicide Arrest Report and Criminal Complaint;

FBI-302 Report, dated 12/12/08 (redacted);

FBI-302 Report, dated 12/22/08 (redacted);

FBI-302 Report, dated 11/28/08 (redacted);

FBI-302 Report, dated 12/22/08 (redacted);

FBI-302 Report, dated 12/12/08 (redacted);

FBI-302 Report, dated 12/16/08 (redacted);

Allegheny County Department of Human Services Report, dated 11/25/08;

FBI-302 Report, dated 11/19/2008;

FBI-302 Report (redacted), dated 1/14/2009;

FBI-302 Report, dated 12/3/2008;

Nine (9) Indiana Township Police Department Reports;

Allegheny County Police Report (redacted), dated 9/15/1995;

Allegheny County Police Report (redacted), dated 8/2/1995;

Criminal Complaint and Docket Materials, Arrest of Christine Roland;

Page 3

       City of Pittsburgh Police Report, dated 9/27/1991;

       FBI-302 Report, dated 12/30/2008;

       FBI-302 Report, dated 1/14/2009 (redacted);

       FBI-302 Report, dated 2/20/2009 (redacted);

       FBI-302 Report, dated 2/20/2009 (redacted);

       Sharpsburg Borough Police Report, dated 6/20/2007;

       Sharpsburg Borough Police Report, dated 5/12/2008;

       Police Criminal Complaint, Allegheny County,
       dated 7/15/2005;

       Police Criminal Complaint, Allegheny County,
       dated 11/22/2005; and

       FBI-302 Report, dated 4/7/2009 (redacted).

3.    Reports of relevant physical or mental examinations and
      scientific tests:

       11/21/08 Gunshot Residue Analysis;

       12/4/08 Gunshot Residue Analysis;

       11/26/08 Allegheny County Laboratory Serology Report;

       12/2/08 Allegheny County Laboratory Firearms and
       Toolmarks Section Report;

       12/17/08 Allegheny County Laboratory Firearms and
       ToolMarks Section Report;

       12/12/08 Allegheny County Laboratory Serology Report;

       11/24/08 Allegheny County Laboratory Latent Print
       Report;

       11/25/08 Allegheny County Laboratory Drug Chemistry
       Report;

       11/20/08 Allegheny County Laboratory Autopsy Report;

       12/8/08 Allegheny County Laboratory Specimens Report;

Page 4

Electronic Total Station Survey;

DEA Laboratory Reports and Latent Print Reports for Exhibit Nos. 1, 2, 3, 4, 5, 6, 7 and 8;

DEA Laboratory Reports and Latent Print Reports for Exhibit Nos. 1, 2 and 3;

Copies of four (4) Finger Print Cards for Robert Korbe;

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, dated 12/14/2008 (redacted);

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, Interstate/Foreign Nexus Determination;

Bureau of Alcohol, Tobacco, Firearms and Explosives Report, Interstate/Foreign Nexus Determination (ammunition);

Laboratory Report/Serology Report, Allegheny County, dated 1/22/2009;

Laboratory Report/Mobile Unit Report, Allegheny County, dated 11/24/2008;

FBI Laboratory Report, dated 1/14/2009;

Allegheny County Laboratory Firearms & Toolmarks Section Report, dated 2/11/2009;

DEA Laboratory Reports and Latent Print Reports for Exhibit No. 82;

Report of Laboratory Findings, Allegheny County, Office of the Medical Examiner, dated 4/6/2009;

Report of Examination, FBI Laboratory, dated 1/14/2009;

Report of Examination, FBI Laboratory, dated 4/2/2009;

Report of Examination, FBI Laboratory, dated 4/16/2009;

Fingerprint Examination Report, Drug Enforcement Administration, Northeast Laboratory, dated 2/13/2009; and

Gunshot Residue Analysis, RJ Lee Group, Inc., dated 1/19/2009.

Page 5

4.   Other:

    Search Warrant Applications/Affidavits/Items Seized;
    (9 Federal/1 State)

    FBI-302 Report, dated 12/9/08;

    Allegheny County Homicide Report, dated 11/19/08;

    Allegheny County Homicide Report, dated 11/19/08;

    FBI-302 Report, dated 11/22/08;

    FBI-302 Report, dated 11/20/08;

    FBI-302 Report, dated 12/5/08;

    FBI-302 Report, dated 12/5/08;

    Indiana Township Police Department Report, dated
    11/20/08;

    Indiana Township Police Department Report, dated
    11/30/08;

    Allegheny County Laboratory Mobile Unit Report, dated
    12/2/08;

    FBI-302 Report, dated 11/19/08.

The enclosed materials are being provided to you pursuant to Rule
16 of the Federal Rules of Criminal Procedure.  Please call me if
you have any questions.  The Court's January 14, 2009 Protective
Order governs the disclosure and/or use of these materials.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

**/s/ TROY RIVETTI**

TROY RIVETTI
Assistant U.S. Attorney

Enclosures



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

August 14, 2009

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find copies of the following additional discovery materials pertaining to the prosecution of your client: FBI-302 Report, dated 4/24/2009 (redacted); and FBI Laboratory Report, dated 6/3/2009.

Please call me if you have any questions.  The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials.

Thank you for your attention to this matter.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

 U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

August 14, 2009

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to your request, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find copies of medical records of your client.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

August 19, 2009


Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to your request, enclosed please find copies of the transcripts that were utilized during your client's detention hearing.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219     412/644-3500

August 28, 2009

<u>VIA FAX AND U.S. MAIL</u>

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     <u>Criminal No. 09-05</u>

Dear Ms. Roberto:

We are writing in an effort to assist you in your review of your
client's recorded telephone calls.  Pursuant to Rule 16 of the
Federal Rules of Criminal Procedure, 2 CD-Rs were produced
containing recordings from the Allegheny County Jail and the
Cambria County Prison.

The first disc contains 2 folders.  The first folder is entitled
"CK_ACJ_Calls" and contains "wav files" of calls from the Allegheny
County Jail from November 20, 2008 through December 19, 2008.  The
second folder is entitled "CK_CCP_Calls" and contains  "wav files"
of calls from the Cambria County Prison from December 23, 2008
through January 7, 2009.

With respect to the first folder on this disc (the ACJ Calls):

     *The title of each "wav file" is a 20-digit number that is
     made up of the 10-digit wav file number, followed immediately
     by the telephone number that was called.  For example, the
     first "wav file" folder is entitled "12271951594127202746."
     "1227195159" is the 10-digit wav file number; "4127202746" is
     the telephone number that was dialed.

August 28, 2009
Page 2

*The final file in that folder is entitled "calldet.txt" which
contains a document setting forth an index of the calls (each
line on the document sets forth the following: the telephone
number that was called; the date; the time; and the 10-digit
wav file number).  This index (in comparison with the "wav
files") enables one to identify the exact date and time of
each call.

With respect to the second folder on this disc (the CCP Calls):

*Each "wav file" is preceded by a file that contains a
document setting forth, _inter_ _alia_, the "wav file" number; the
date of the call; the start time; the end time; and the
duration.  Thus, information for each "wav file" is set forth
on the document file that immediately precedes it.

The second disc that was produced with the Rule 16 materials has
folders that contain "wav files" of calls from the Cambria County
Prison for the time frame of January 8, 2009 through March 19,
2009.  Each "wav file" on this disc (as with the folder on the
first disc containing CCP Calls) is preceded by a file that
contains a document setting forth, _inter_ _alia_, the "wav file"
number; the date of the call; the start time; the end time; and the
duration.

I recognize that the process for reviewing the calls (and
determining the date/time for each call) is somewhat cumbersome,
and I have asked the agents to attempt to create a more easily
accessible system and/or index for reviewing the calls.  Hopefully
this will be done within the next week.  I will keep you informed.
Please call me if you have any questions.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

TROY RIVETTI
Assistant U.S. Attorney



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219     412/644-3500

December 7, 2009

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find copies of the following additional discovery materials pertaining to the prosecution of your client: DEA Laboratory Reports for Exhibit Nos. 66 (mesterolone), 67 testosterone), and 82 (cocaine residue on digital scale).

The aforementioned laboratory reports pertain to the November 19, 2008 search warrant that was executed at Deluxe Car Care.  During your December 1, 2009 review of evidence at the FBI, the physical evidence seized from that search was made available for your review (DEA Exhibits N-129 (box of syringes), N-131 (black canvas duffle bag), N-132 (ballistic vest), N-133 (4 cell phones), N-134a (4 rounds seized from the .38 caliber Colt revolver), and N-134b (glove)).  In addition, you were provided with the opportunity to review the ammunition seized from the search warrant that was executed at D&J Variety (Exhibit N-178), and the car rental records from Enterprise Rent-A-Car (Exhibit N-147).  .

The firearm that was seized at Deluxe Care Car on November 19, 2008 (Exhibit N-134 – Colt .38 caliber revolver) will be made available for your review at another time.  The digital scale (Exhibit No. 82) is being held at the DEA Laboratory.

December 7, 2009
Page 2

Finally, we have agreed to provide you with copies of the digital photos that were taken during the execution of the search warrants on November 19, 2008 at Deluxe Car Care and D&J Variety.

The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials. Thank you for your attention to this matter. Please contact me if you have any questions.

Very truly yours,

MARY BETH BUCHANAN
United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

LAW OFFICE OF

# CAROLINE M. ROBERTO

5TH FLOOR-LAW & FINANCE BUILDING

PITTSBURGH, PENNSYLVANIA 15219

———

(412) 391-4071

FAX (412) 391-1190

December 18, 2009

**Hand-Delivery**

Troy Rivetti
Assistant U.S. Attorney
4th Floor, U.S. Post Office & Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

> RE:   Preliminary Discovery Request in the matter of
> United States of America v. Christina Marie Korbe
> <u>Criminal No. 09-05</u>

Dear Mr. Rivetti:

As a result of the completion of our physical review of the evidence at the FBI office, we are requesting production of copies of the following documents and discs to aid in the preparation of pre-trial motions. As an initial matter, however, you may remember that the agents were not in the possession of the November 19, 2008 video of Mrs. Korbe while she was in custody in the Indiana Township police vehicle. We request a viewing of that video on or before December 31, 2009. We also need a copy of this and all videos of Mrs. Korbe while in custody. Video items will be formally requested below.

Additionally, on December 7, 2009, you advised that you were in possession of copies of the Korbes' previously <u>filed</u> tax returns. The tax returns which we examined were draft copies. Therefore, copies of the filed tax returns will also be requested below.

Finally, the discs containing photographs will be requested by their previously assigned evidence number as well as a brief description.

We request two copies of the following items to be produced at your office on December 31, 2009 at 1:30 p.m.:

1.   Video that was taken by law enforcement of Christina Marie Korbe while in custody on November 19, 2008, including but not limited to transportation while in a police vehicle, while in a holding cell, and during any and all formal and informal questioning and interrogation;

Troy Rivetti
Assistant U.S. Attorney
Page Two (2)
December 18, 2009

2.    Copies of all filed tax returns from 1990 through 2008;

3.    <u>1A-3</u> - CD containing Comcast phone records, phone number 412-487-1175, time periods 06/08/08 through 11/08/08 and any other phone records that may be contained on that disc;

4.    <u>1A-12</u> - Equifax credit reports of both Robert Korbe and Christina Korbe;

5.    <u>1A-17</u> - Anthropometric dimension data of Christina Korbe;

6.    <u>1A-18</u> - ADT Security Company records for 111 Woods Run Road (63 pages) 11/01/08 through 01/30/09;

7.    <u>1A-25</u> - CAD (Computer Assisted Design printout) 911 call information;

8.    <u>1A-217</u> - CD containing photo logs of photos taken by Coleman Bates, FBI photographer (252 photos, seven pages of log), 11/19/08;

9.    <u>1A-218</u> - hand drawn sketch of scene on 11"x 16" graph paper drafted by Special Agent Bradley Bellow;

10.    <u>1A-228</u> - CD containing photographs with photo logs three sets with printed thumbnails, Film #3-35 photos; Film #4-37 photos; Film #5 -32 photos; dated 12/18/08, photographer Tammy Kelley along with evidence logs and receipts;

11.    <u>1A-276</u> - aerial photographs taken 02/23/09 8 ½" x 10" glossies and CD, approximately 23 photographs, Coleman Bates photographer;

12.    <u>1A-353</u> - Verizon Wireless print screens and various documents with telephone records;

13.    <u>1A-219</u> - CD containing 86 photographs and three page log, Coleman Bates photographer, 11/20/08;

Troy Rivetti
Assistant U.S. Attorney
Page Three (3)
December 18, 2009

14.  1A-220 - CD containing photo log of photographs, Coleman Bates photographer, 11/20/08;

15.  1A-221 - CD containing photographs and search log, Andrea Dammon photographer, 11/21/08;

16.  1A-222 - CD containing photographs, Andrea Dammon photographer, 11/22/08;

17.  1A-223 - CD containing photographs, Coleman Bates photographer, 11/30/08;

18.  1A-224 - CD containing photos and photo log, Coleman Bates photographer, 12/01/08;

19.  1A-226 - CD containing photographs and log, Deluxe Car Care, Coleman Bates photographer, 12/03/08;

20.  1A-314 - CD containing photographs of Agent Hicks' vest, three sets;

21.  1B-53 - CD containing photographs taken 11/19/08, Allegheny County, Tim Langdon photographer: (3167-3200, 3200-3300, 3301-3331 range);

22.  1B-54 - CD containing all hospital photos of Agent Hicks (5816-5827 range);

23.  1B-55 - CD containing photographs of officers on arrest team (5828-5843 range);

24.  1A-29 - Liberty Mutual checks;

25.  1A-30 - Liberty Mutual checks;

26.  1B-14 - Letters to Christina Roland from various friends;

Troy Rivetti
Assistant U.S. Attorney
Page Four (4)
December 18, 2009

27.    1B-39 - Deluxe car price sheet;

28.    1B-98 - CD containing forensic examination of computer;

29.    1B-64 - CD containing cell phone information and photographs;

30.    1B-63 - CD containing information/reports related to examination of Korbe
       home computer;

31.    1B-11 - 4 CDs containing photographs of the scene and autopsy,
       photographer Allegheny County Mobile Crime Unit;

32.    1B-15 - Financial documents from Korbe residence;

33.    1B-23 - Photographs and receipts;

34.    1B-57 - CD containing photographs of Agent Hicks' vest, etc.;

35.    1B-58 - 2 CDs containing photographs of scene, photographer Allegheny
       County Mobile Crime Unit, 11/19/08;

36.    N-147 - Enterprise Car retail records and digital photographs of DEA
       searches of D&J Variety and Deluxe Car Care;

37.    1B-59 - TransUnion Credit Report for both Robert and Christina Korbe;

38.    1B-47 - Credit profile from Experian for both Robert and Christina Korbe.

       If you have any questions regarding this request, please do not hesitate to
call.  Also, I understand the time constraints due to the holidays and number of items
requested.  Therefore, if you cannot meet the December 31st request, please let me know
and we can choose another date.

                        Very sincerely,

                        *Caroline M Roberto*

                        Caroline M. Roberto

CMR:geb
cc: Jay T. McCamic, Esquire



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

December 29, 2009

<u>VIA HAND DELIVERY</u>

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     <u>Criminal No. 09-05</u>

Dear Ms. Roberto:

We are writing in response to your December 18, 2009 letter, which requests 2 copies of 38 items prior to December 31, 2009.

Enclosed please find a box containing 2 copies of the items that the United States has agreed to produce at this time.  Unless otherwise noted in this letter, we are producing those items believed to be responsive to your requests.  Please let us know whether you believe that we have failed to produce a requested item.

Please note that the enclosed materials are being produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials.  Several of the enclosed discs contain autopsy and/or other photographs of F.B.I. Special Agent Samuel Hicks.  We are requesting that you utilize extra care and precaution in order to assure that these photographs are not misplaced and/or disclosed to any unauthorized third parties.  Please call me if you have any questions or concerns.

The United States hereby responds to the requests set forth in the December 18, 2009 letter as follows:

December 29, 2009
Page 2


1.   2 copies of the video of your client while in a holding cell
     at the Indiana Township Police Department.  Please be advised
     that we are unaware of any other video recordings of your
     client on November 19, 2008.

2.   2 copies of tax return and return information from the
     Internal Revenue Service for your client (and her husband, as
     your client's filing status was "Married filing jointly") for
     tax years 2001 through 2007.  Please be advised that we have
     not obtained tax return and/or return information from the
     Internal Revenue Service for your client for the years prior
     to 2001.

3.   2 copies.

4.   2 copies.

5.   2 copies.

6.   2 copies.

7.   2 copies.

8.   2 copies.

9.   2 copies.

10.  2 copies of the CDs and Photo Log.  Please note that we did
     not reproduce any "printed thumbnails," as you are able to
     create your own "printed thumbnails" from the enclosed CDs.

11.  2 copies of the CD containing aerial photographs taken
     2/23/2009.  Please note that we did not reproduce any "8 ½" x
     10" glossies," as you are able to create your own prints from
     the enclosed CDs.

12.  2 copies.

13.  2 copies.

14.  2 copies.

15.  2 copies of the CD and Photo Log.

16.  2 copies of the CD and Photo Log.

December 29, 2009
Page 3


17.  2 copies of the CD and Photo Log.

18.  2 copies.

19.  2 copies.

20.  2 copies.

21.  2 copies.

22.  2 copies.

23.  2 copies.

24.  2 copies.

25.  2 copies.  Please note that you describe "1A-30" as "Liberty
     Mutual  Checks."   We  are  producing  copies  of  all  of  the
     documents contained in "1A-30" (which includes checks, as well
     as other documents).

26.  2 copies.

27.  2 copies.

28.  2 copies.

29.  2 copies.

30.  2 copies.

31.  2 copies.

32.  2 copies.

33.  2 copies.

34.  2 copies.

35.  2 copies.

36.  2 copies.

37.  2 copies.

38.  2 copies.

December 29, 2009
Page 4


The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials. Thank you for your attention to this matter.   Please contact us if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA
     Jay T. McCamic, Esquire (Via U.S. mail; w/o Encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

January 7, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find a copy of a laboratory report (dated November
30, 2009) pertaining to the firearms seized from your client's
residence.  Please contact me if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosure

cc:  Linda L. Kelly, AUSA (w/enc.)
     Jay T. McCamic, Esquire (w/enc.)

U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219     412/644-3500

January 13, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find 2 copies of the ATF Form 4473 pertaining to
your client's purchase of the firearm.  The Court's January 14,
2009 Protective Order governs the disclosure and/or use of these
materials.  Please contact us if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA
     Jay T. McCamic, Esquire (w/o encs.)

U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

| | |
|---|---|
| | U.S. Post Office & Courthouse |
| | 700 Grant Street |
| | Suite 4000 |
| | Pittsburgh, Pennsylvania  15219      412/644-3500 |

January 13, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find 2 sets of copies of documents from the Allegheny County Department of Human Services, Office of Children, Youth and Families (CYS), pertaining to your client.  The Court's January 14, 2009 Protective Order governs the disclosure and/or use of these materials.  Please contact us if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA
     Jay T. McCamic, Esquire (w/o encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219     412/644-3500

January 22, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find copies of the following 2 documents pertaining
to the pending state court case for Robert Korbe (Criminal Action
No. CC200812403, Court of Common Pleas, Allegheny County):  Report
of Laboratory Findings (dated June 2, 2008); and the "owe sheet"
seized from Robert Korbe at the time of his arrest.

Please contact us if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA (w/encs.)
     Jay T. McCamic, Esquire (w/encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

January 27, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find a DVD-R containing recorded telephone calls of
your client at the Cambria County Prison for the time period of
7/29/2009 to 1/03/2010.

The calls are set forth in sequential order.  For each call, there
are 2 files - 1 file ending in ".htm" and 1 ending in ".wav."  You
should open the file ending in ".htm".  Once opened, you will see
a variety of information pertaining to the call, including:  the
recording number (which is a .wav file); the telephone number that
was called; the date and time for the start of the call; the date
and time for the end of the call; the length of the call; etc.  If
you "click" on the recording number (which, as noted above, is a
.wav file), the call will play.  Please let me know if you have any
questions

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosure

cc:  Linda L. Kelly, AUSA (w/enc.)
     Jay T. McCamic, Esquire (w/enc.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

March 26, 2010


Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Ms. Roberto:

In your motion for discovery regarding the wiretap investigation of
Anthony Terry and others (including Robert Korbe), you have
requested the production of a wealth of materials and information.
See Doc. No. 100.  We object to most of the requests set forth in
that motion, as we believe that the requested materials and
information are not exculpatory and are not discoverable in
connection with the instant criminal prosecution.  We will file our
response to that motion prior to the April 26, 2010 deadline.

Please be advised that the Anthony Terry wiretap investigation
involved Title III authorized intercepts for five (5) cellular
telephones.   As far as we know, your client's husband (Robert
Korbe) was intercepted only during the wiretap of Target Telephone
#1.   We are unaware of any exculpatory information (or, for that
matter, properly discoverable information pursuant to Fed. R. Crim.
P. 16) pertaining to your client in connection with the wiretap on
Target Telephone #1.

Nevertheless, in an effort to accommodate at least a portion of the
requests set forth in the aforementioned discovery motion, enclosed
please find the following materials: three (3) CD-Rs containing all
intercepted calls from Target Telephone #1; and one (1) CD-R
containing copies of Applications and Affidavits for Search
Warrants that were executed at the conclusion of the Anthony Terry
wiretap investigation.

March 26, 2010
Page 2


In an effort to aid your review of the wiretap calls, please be advised that (to date) the agents have identified the following Call Sessions from the wiretap on Target Telephone #1 which pertain to Robert Korbe (including sessions during which he is discussed): 1122, 1123, 1124, 1125, 1129, 1215, 1220, 1226, 1852, 6087, 6088, 6120, 6126, 6127, 6129, 6140, 6141, 6145, 6146, 6148, 6149, 6160, 6166, 6170, 6378, 6379, 6531, 6532, 6561, 7584, 7719, and 8013. Please note that, for any number of reasons, some of the aforementioned Call Sessions do not contain any recorded conversations or audio. For example, the Call Session may simply have been an unsuccessful attempt by Robert Korbe to contact the target telephone.

Although (as explained above) we do not believe that these materials contain any exculpatory information pertaining to your client, it is possible that the enclosed materials will assist you in better understanding the Anthony Terry wiretap investigation, and the manner in which your client's husband (Robert Korbe) came to the attention of law enforcement during the wiretap intercepts. In addition, the materials should assist you in better understanding the overall scope of the Anthony Terry wiretap investigation.

Please call me if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA (w/encs.)
     Jay T. McCamic, Esquire (w/encs.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

April 19, 2010

Caroline M. Roberto, Esquire           Jay T. McCamic, Esquire
Law and Finance Building               McCamic, Sacco, Pizzuti &
429 Fourth Avenue                        McCoid, PLLC
5th Floor                              56-58 Fourteenth Street
Pittsburgh, PA  15219                  P.O. Box 151
                                       Wheeling, WV 26003

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find copies of documents from Liberty Bail Bonds
regarding the bond issued for Robert Korbe in May 2008.

Please call me if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosure

cc:  Linda L. Kelly, AUSA (w/enc.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania  15219      412/644-3500

April 19, 2010

Caroline M. Roberto, Esquire
Law and Finance Building
429 Fourth Avenue
5th Floor
Pittsburgh, PA  15219

Jay T. McCamic, Esquire
McCamic, Sacco, Pizzuti &
   McCoid, PLLC
56-58 Fourteenth Street
P.O. Box 151
Wheeling, WV 26003

Re:  United States v. Christina Marie Korbe
     <u>Criminal No. 09-05</u>

Dear Counsel:

In defendant's <u>Brady</u> Motion Re: Experiments, Tests, Measurements,
Etc. (Doc. No. 101), you request production of all "experiments,
test, re-enactments, and results from all law enforcement sources
... whether they were formal or informal, which were conducted" at
the Korbe residence.

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure,
enclosed please find a copy of an Allegheny County Police
Department Homicide Unit report dated 11/19/08.  At pp. 5-6 of the
report, information pertaining to an "unscientific auditory test"
is set forth.   Please be advised that no other "informal"
scientific tests were conducted at the Korbe residence.  Please
call me if you have any questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

Troy Rivetti

TROY RIVETTI
Assistant U.S. Attorney

Enclosure

cc:  Linda L. Kelly, AUSA (w/enc.)



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219     412/644-3500

April 19, 2010

Caroline M. Roberto, Esquire          Jay T. McCamic, Esquire
Law and Finance Building              McCamic, Sacco, Pizzuti &
429 Fourth Avenue                        McCoid, PLLC
5th Floor                             56-58 Fourteenth Street
Pittsburgh, PA  15219                 P.O. Box 151
                                      Wheeling, WV  26003

Re:  United States v. Christina Marie Korbe
     Criminal No. 09-05

Dear Counsel:

In defendant's Motion for Full Disclosure of Redacted Documents
(Doc. No. 102), you make reference to the following 2 documents
that "appear to be redacted": Allegheny County Homicide Report
(ACHR) 11/19/08 interview of Christina Korbe; and Allegheny County
Homicide Report 11/19/08, Collection of Gunshot Residue Stub Kits.

Enclosed please find copies of the aforementioned reports.  Nothing
has been redacted from the reports.  Please call me if you have any
questions.

Very truly yours,

ROBERT S. CESSAR
Acting United States Attorney

TROY RIVETTI
Assistant U.S. Attorney

Enclosures

cc:  Linda L. Kelly, AUSA (w/encs.)