RECORDED CALL
November 29, 2008
8:32 AM

CK: Christina Korbe
SK: Stephen Korbe
UI: Unintelligible

CK: Right, exactly. Well, you didn't do what you were supposed to do. I mean yeah, you tried, but you--I think you gotta do--ya know. And, and I'm tellin' you right now, the person who's, why the technicality, is better to step up. 'Cause I know who it is, and I'm gonna tell you what. (Laughs) 'Cause, I'm gonna go off.

SK: Oh, that gun, you mean?

CK: Yeah! Uh huh.

SK: Yeah, uh just, p--apparently, Caesar said that Jimmy s-- who's Jimmy Joe?

CK: Jimmy Joe.

SK: Jimmy Joe's.

CK: Jimmy Joe. Rolly, yeah!

SK: It's his fuckin' gun. Yeah.

CK: Yeah! Well he better step up, or I'm gonna tell you what, my family's gonna take him out.

RECORDED CALL
November 30, 2008
2:09 PM

RK: Christina Korbe
SK: Stephen Korbe
UI: Unintelligible

SK: But I was at, I was at home all day, I was down the shop and the store, gettin' all the rubbish together, gatherin' rubbish and--

CK: Oh, okay, okay.

SK: You know, all the shit, and I was gonna get rid of it.

CK: Did you run into Caesar at all?

SK: Hm?

CK: Did you run into Caesar at all anywhere?

SK: Caesar?

CK: Yeah.

SK: Yeah, he came down--I already had, uh, a lot of shit done at the sh--the shop itself.

CK: No, but I'm talkin' about him steppin' up for what's his, to get Bobby out. Because that's what--

SK: Yeah, I know, that's what Bobby said. That's his fuckin' gun, that--

CK: Yeah.

SK: (UI) said, I told him to get that fuckin' thing outta there (UI).

CK: Yeah, well, okay, here's the deal, all right? He already knows, and he'll get right back the fuck out. So he needs to go, down to whoever.

SK: Well, don't worry about that, right now they're up your house again, ten, ten FBI guy, with a new search warrant.

CK: What?