**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY**



Docket Number: CP-02-CR-0012403-2008
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 1 of 9

Cross Court Docket Nos: CR-0000194-08
Judge Assigned: Borkowski, Edward J.
OTN: G4317386
Initial Issuing Authority: Elissa M Lang
Arresting Agency: Sharpsburg Boro Police Dept
Case Local Number Type(s)

Date Filed: 08/25/2008    Initiation Date: 05/16/2008
Lower Court Docket No: CR-0000194-08
Final Issuing Authority: Elissa M Lang
Arresting Officer: Sciulli, Daniel
Case Local Number(s)

Case Status: Adjudicated

| Status Date | Processing Status |
|---|---|
| 02/11/2010 | Awaiting Sentencing |
| 02/11/2010 | Awaiting PSI |
| 02/11/2010 | Awaiting Sentencing |
| 01/02/2009 | Awaiting Non-Jury Trial |
| 11/20/2008 | Awaiting Pre-Trial Conference |
| 08/25/2008 | Awaiting Formal Arraignment |
| 08/25/2008 | Awaiting Filing of Information |

Arrest Date: 05/16/2008

Complaint Date: 05/16/2008

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 10/03/2008 | 1:00 pm | 519 Courthouse | | Rescheduled |
| Formal Arraignment | 11/20/2008 | 9:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 01/02/2009 | 9:00 am | Courtroom 327 | Judge Lester G. Nauhaus | Scheduled |
| Non-Jury Trial | 04/08/2009 | 9:00 am | Courtroom 327 | Judge Lester G. Nauhaus | Continued |
| Non-Jury Trial | 09/15/2009 | 9:00 am | Courtroom 327 | Judge Lester G. Nauhaus | Continued |
| Non-Jury Trial | 02/10/2010 | 9:00 am | Courtroom 327 | Judge Lester G. Nauhaus | Moved |
| Non-Jury Trial | 02/10/2010 | 9:00 am | Courtroom 514 | Judge Edward J. Borkowski | Rescheduled |
| Non-Jury Trial | 02/11/2010 | 8:30 am | Courtroom 514 | Judge Edward J. Borkowski | Scheduled |
| Sentencing | 05/11/2010 | 8:30 am | Courtroom 514 | Judge Edward J. Borkowski | Scheduled |

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 02/12/2010 | County Jail | Allegheny County Jail | | Yes |

AOPC 2220 - Rev 04/18/2010
Printed: 04/18/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



Docket Number: CP-02-CR-0012403-2008
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 2 of 9

**Date Of Birth:**    **City/State/Zip:** GLENSHAW, PA  15116

**Alias Name**
Korbe, Robert Ralph

| Participant Type | Name |
|---|---|
| Defendant | Korbe, Robert |

**Korbe, Robert**                                                                                                    **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 05/16/2008 | Monetary | | $25,000.00 | | |
| | | | | | Posted | 05/16/2008 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



Docket Number: CP-02-CR-0012403-2008
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 3 of 9

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Date | OTN |
|---|---|---|---|---|---|---|
| 1 | 2 | F1 | 18 § 2702 §§A2 | Aggravated Assault | 05/16/2008 | G4317386 |
| 2 | 9 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 3 | 33 | M2 | 18 § 2701 §§A1 | Simple Assault | 05/16/2008 | G4317386 |
| 4 | 19 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 5 | 22 | M3 | 18 § 5503 §§A1* | Disorderly Conduct Engage in Fighting | 05/16/2008 | G4317386 |
| 6 | 32 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 05/16/2008 | G4317386 |
| 7 | 28 | M | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 05/16/2008 | G4317386 |
| 8 | 10 | S | 18 § 3304 §§A5 | Criminal Mischief - Damage Property | 05/16/2008 | G4317386 |
| 9 | 11 | S | 18 § 3304 §§A5 | Criminal Mischief - Damage Property | 05/16/2008 | G4317386 |
| 10 | 12 | S | 18 § 3304 §§A5 | Criminal Mischief - Damage Property | 05/16/2008 | G4317386 |
| 99999 | 24 | | 18 § 2702 §§A1 | Criminal Conspiracy Engaging - Aggravated Assault | 05/16/2008 | G4317386 |
| 99999 | 1 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 05/16/2008 | G4317386 |
| 99999 | 5 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 6 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 7 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 3 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 4 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 8 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 05/16/2008 | G4317386 |
| 99999 | 18 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 99999 | 13 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



**Docket Number: CP-02-CR-0012403-2008**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 4 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 99999 | 14 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 99999 | 15 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 99999 | 16 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 99999 | 17 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 05/16/2008 | G4317386 |
| 99999 | 20 | | 18 § 5121 §§A | Escape | 05/16/2008 | G4317386 |
| 99999 | 21 | | 18 § 5121 §§A | Escape | 05/16/2008 | G4317386 |
| 99999 | 23 | S | 18 § 5505 | Public Drunkenness And Similar Misconduct | 05/16/2008 | G4317386 |
| 99999 | 26 | | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 05/16/2008 | G4317386 |
| 99999 | 27 | | 35 § 780-113 §§A16 | Int Poss Contr Subst By Per Not Reg | 05/16/2008 | G4317386 |
| 99999 | 29 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 05/16/2008 | G4317386 |
| 99999 | 30 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 05/16/2008 | G4317386 |
| 99999 | 31 | F | 35 § 780-113 §§A30 | Manuf/Del/Poss/W Int Manuf Or Del | 05/16/2008 | G4317386 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



Docket Number: CP-02-CR-0012403-2008
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 5 of 9

### Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions<br>Linked Offense - Sentence | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period<br><br>Link Type | Final Disposition<br>Section<br>Credit For Time Served<br>Start Date<br><br>Linked Docket Number |
|---|---|---|
| **Waived for Court (Lower Court)** | | |
| Lower Court Disposition | 08/06/2008 | Not Final |
| 1 / Aggravated Assault | Waived for Court (Lower Court) | 18§2702§§A2 |
| 2 / Recklessly Endangering Another Person | Waived for Court (Lower Court) | 18§2705 |
| 3 / Simple Assault | Waived for Court (Lower Court) | 18§2701§§A1 |
| 4 / Resist Arrest/Other Law Enforce | Waived for Court (Lower Court) | 18§5104 |
| 5 / Disorderly Conduct Engage in Fighting | Waived for Court (Lower Court) | 18§5503§§A1* |
| 6 / Manuf/Del/Poss/W Int Manuf Or Del | Waived for Court (Lower Court) | 35§780-113§§A30 |
| 7 / Int Poss Contr Subst By Per Not Reg | Waived for Court (Lower Court) | 35§780-113§§A16 |
| 8 / Criminal Mischief - Damage Property | Waived for Court (Lower Court) | 18§3304§§A5 |
| 9 / Criminal Mischief - Damage Property | Waived for Court (Lower Court) | 18§3304§§A5 |
| 10 / Criminal Mischief - Damage Property | Waived for Court (Lower Court) | 18§3304§§A5 |
| 99,999 / Aggravated Assault | Withdrawn | 18§2702§§A1 |
| 99,999 / Criminal Conspiracy Engaging - Aggravated Assault | Withdrawn | 18§903§§A1 |
| 99,999 / Escape | Withdrawn | 18§5121§§A |
| 99,999 / Int Poss Contr Subst By Per Not Reg | Withdrawn | 35§780-113§§A16 |
| 99,999 / Manuf/Del/Poss/W Int Manuf Or Del | Withdrawn | 35§780-113§§A30 |
| 99,999 / Public Drunkenness And Similar Misconduct | Withdrawn | 18§5505 |
| 99,999 / Recklessly Endangering Another Person | Withdrawn | 18§2705 |
| 99,999 / Resist Arrest/Other Law Enforce | Withdrawn | 18§5104 |
| **Proceed to Court** | | |
| Information Filed | 11/19/2008 | Not Final |
| 1 / Aggravated Assault | Proceed to Court | 18§2702§§A2 |
| 2 / Recklessly Endangering Another Person | Proceed to Court | 18§2705 |
| 3 / Simple Assault | Proceed to Court | 18§2701§§A1 |
| 4 / Resist Arrest/Other Law Enforce | Proceed to Court | 18§5104 |
| 5 / Disorderly Conduct Engage in Fighting | Proceed to Court | 18§5503§§A1* |
| 6 / Manuf/Del/Poss/W Int Manuf Or Del | Proceed to Court | 35§780-113§§A30 |
| 7 / Int Poss Contr Subst By Per Not Reg | Proceed to Court | 35§780-113§§A16 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



**Docket Number: CP-02-CR-0012403-2008**

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 6 of 9

### Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions<br>Linked Offense - Sentence | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period<br>Link Type | Final Disposition<br>Section<br>Credit For Time Served<br>Start Date<br>Linked Docket Number |
|---|---|---|
| 8 / Criminal Mischief - Damage Property | Proceed to Court | 18§3304§§A5 |
| 9 / Criminal Mischief - Damage Property | Proceed to Court | 18§3304§§A5 |
| 10 / Criminal Mischief - Damage Property | Proceed to Court | 18§3304§§A5 |
| 99,999 / Aggravated Assault | Withdrawn | 18§2702§§A1 |
| 99,999 / Criminal Conspiracy Engaging - Aggravated Assault | Withdrawn | 18§903§§A1 |
| 99,999 / Escape | Withdrawn | 18§5121§§A |
| 99,999 / Int Poss Contr Subst By Per Not Reg | Withdrawn | 35§780-113§§A16 |
| 99,999 / Manuf/Del/Poss/W Int Manuf Or Del | Withdrawn | 35§780-113§§A30 |
| 99,999 / Public Drunkenness And Similar Misconduct | Withdrawn | 18§5505 |
| 99,999 / Recklessly Endangering Another Person | Withdrawn | 18§2705 |
| 99,999 / Resist Arrest/Other Law Enforce | Withdrawn | 18§5104 |

**Guilty Plea**

| Non-Jury Trial | 02/11/2010 | Final Disposition |
|---|---|---|
| 1 / Aggravated Assault | Guilty Plea | 18§2702§§A2 |
| 2 / Recklessly Endangering Another Person | Guilty Plea | 18§2705 |
| 3 / Simple Assault | Guilty Plea | 18§2701§§A1 |
| 4 / Resist Arrest/Other Law Enforce | Guilty Plea | 18§5104 |
| 5 / Disorderly Conduct Engage in Fighting | Guilty Plea | 18§5503§§A1* |
| 6 / Manuf/Del/Poss/W Int Manuf Or Del | Guilty Plea | 35§780-113§§A30 |
| 7 / Int Poss Contr Subst By Per Not Reg | Guilty Plea | 35§780-113§§A16 |
| 8 / Criminal Mischief - Damage Property | Guilty Plea | 18§3304§§A5 |
| 9 / Criminal Mischief - Damage Property | Guilty Plea | 18§3304§§A5 |
| 10 / Criminal Mischief - Damage Property | Guilty Plea | 18§3304§§A5 |
| 99,999 / Aggravated Assault | Withdrawn | 18§2702§§A1 |
| 99,999 / Criminal Conspiracy Engaging - Aggravated Assault | Withdrawn | 18§903§§A1 |
| 99,999 / Escape | Withdrawn | 18§5121§§A |
| 99,999 / Int Poss Contr Subst By Per Not Reg | Withdrawn | 35§780-113§§A16 |
| 99,999 / Manuf/Del/Poss/W Int Manuf Or Del | Withdrawn | 35§780-113§§A30 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



Docket Number: CP-02-CR-0012403-2008

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 7 of 9

### Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions<br>Linked Offense - Sentence | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period<br>Link Type | Final Disposition<br>Section<br>Credit For Time Served<br>Start Date<br>Linked Docket Number |
|---|---|---|
| 99,999 / Public Drunkenness And Similar Misconduct | Withdrawn | 18§5505 |
| 99,999 / Recklessly Endangering Another Person | Withdrawn | 18§2705 |
| 99,999 / Resist Arrest/Other Law Enforce | Withdrawn | 18§5104 |

Name: Thaddeus Arthur Dutkowski, Esq.
District Attorney
Supreme Court No:    041476
Phone Number(s):
  (412) 350-4407    (Phone)
  (412) 350-3125    (Fax)
Address:
  401 Crthse 436 Grant St
  Pittsburgh PA  15219

Name: Jennifer B. Evashavik, Esq.
District Attorney
Supreme Court No:    083308
Phone Number(s):
  (412) 350-5657    (Phone)
Address:
  Allegheny County District Attorney's Office
  401 Crthse 436 Grant St
  Pittsburgh PA  15219

Name: Anthony Joseph Borrero, Esq.
Public Defender
Supreme Court No:    090621
Rep. Status:    Active
Phone Number(s):
  (412) 350-2551    (Phone)
  (412) 350-2555    (Fax)
Address:
  Allegheny County Public Defender's Office
  542 Forbes Ave 400 Co Ofc Bldg
  Pittsburgh PA  15219

Representing: Korbe, Robert

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY**



Docket Number: CP-02-CR-0012403-2008
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 8 of 9

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| 1 | 08/06/2008 | | |
| Waived for Court (Lower Court) | | | Lang, Elissa M. |
| 1 | 08/25/2008 | | |
| Original Papers Received from Lower Court | | | Court of Common Pleas - Allegheny County |
| 2 | 10/03/2008 | | |
| Entry of Appearance | | | Parker, Sumner |
| 2 | 11/19/2008 | | |
| Information Filed | | | Commonwealth of Pennsylvania |
| 3 | 04/08/2009 | 04/07/2009 | |
| Transportation Order | | | Todd, Randal B. |
| 4 | 04/08/2009 | | |
| Writ of Habeas Corpus | | | Allegheny County District Attorney's Office |
| 1 | 09/14/2009 | | |
| Motion to Withdraw as Counsel | | | Parker, Sumner |
| 1 | 01/28/2010 | | |
| Omnibus Pre-Trial Motion | | | Allegheny County Public Defender's Office |
| 2 | 02/11/2010 | | |
| Guilty Plea | | | Borkowski, Edward J. |

AOPC 2220 - Rev 04/18/2010                                                                                                    Printed: 04/18/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY



Docket Number: CP-02-CR-0012403-2008

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Robert Korbe

Page 9 of 9

Last Payment Date:  Total of Last Payment: $0.00

**Korbe, Robert**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Server Fee | $96.00 | $0.00 | $0.00 | $0.00 | $96.00 |
| Witness Fee (Allegheny) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Witness Voucher Fee (Allegheny) | $1.12 | $0.00 | $0.00 | $0.00 | $1.12 |
| Server Fee | $100.50 | $0.00 | $0.00 | $0.00 | $100.50 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.68 | $0.00 | $0.00 | $0.00 | $6.68 |
| Voucher Fee (Allegheny) | $6.26 | $0.00 | $0.00 | $0.00 | $6.26 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $5.84 | $0.00 | $0.00 | $0.00 | $5.84 |
| Server Fee | $46.50 | $0.00 | $0.00 | $0.00 | $46.50 |
| Costs/Fees Totals: | $304.20 | $0.00 | $0.00 | $0.00 | $304.20 |
| Grand Totals: | $304.20 | $0.00 | $0.00 | $0.00 | $304.20 |

\*\* - Indicates assessment is subrogated

AOPC 2220 - Rev 04/18/2010                                    Printed: 04/18/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.