# BAIL BOND PREMIUM RECEIPT

AGENCY

LIBERTY BAIL BONDS
1-800-837-0211
1139 Penn Avenue
Pittsburgh, PA 15222

RECEIPT NO.: **166946**

NON-REFUNDABLE

Date: 5/16/2008

1. Received: (circle method)   Cash   *Charge*   Check   Dollars ($1,250)
2. From: MARY S EDWARDS / *CHRISTINA MARIE KORBE*
3. In connection with a Bail Bond for: ROBERT KORBE
4. In the amount of: $25,000.00
5. Power Nos.: To Be Assigned    Court: Allegheny County
6. Itemized expenses, if any (Itemize in detail the lawful expenses incurred and charged, such as Guard Fees, Recording Fees, Notary Fees, Travel and other actual, unusual expenses).

7. SUMMARY:
   - Bond Premium Charged: $ 1,250.00
   - Itemized Expenses: $ 0.00
   - Total Due: $ 1,250.00
   - Amount Paid: $ 1,250
   - Balance Due: $ —0—

8. If collateral is taken in connection with this bond, a collateral receipt must be issued.

PAID BY: *[signature] Christina Korbe*  — PAYER

RECEIVED BY: *[signature]* — AGENT

---

LIBERTY BAIL BONDS
1139 PENN AVE
PITTSBURGH, PA 152222
(412) 765-1256

MAY 16, 2008  08:22PM
TERM:
MERCH:          0000058333379
REF #: 002
ACT #: ************
CARD: AMERICAN EXPRESS
SALE:           $ 1250.00
RETR REF#: 813801000103
APPROVAL CODE: 563448

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE: *[signature]*
KORBE/CHRISTINA M

MERCHANT COPY