# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 02:   09-cr-00005 |
| | ) | |
| CHRISTINA MARIE KORBE | ) | |

## ORDER OF COURT

On March 5, 2010, Defendant filed a Motion for Leave to File Document Under Seal (Document No. 137).   Defendant desired to file a Motion to Suppress Physical Evidence under seal for the primary reason that the motion made reference and quoted from other court documents that remained under seal, specifically six search warrants executed at the Korbe residence from November 19, 2008 through March 10, 2009; two warrants executed at Deluxe Car Care; one warrant executed at D&J Variety Store; and one warrant for the person of Christina Korbe.

By Text Order of March 5, 2010, Defendant's request was granted and Defendant immediately thereafter filed under seal her Motion for Suppression Hearing and to Suppress All Evidence Gained by the Government as a Result of Illegal Search Warrants with Memorandum of Law (Sealed Document No. 138).

On April 26, 2010, the government filed under seal its Opposition to the Motion to Suppress, with Appendix (Sealed Document Nos. 170 and 171).   In its response, the government informed the Court that "[a]ll of the warrants and affidavits are now unsealed" and requested that the motion and the government's opposition and appendix be unsealed.   On

1

July 28, 2010, the Court issued a Sealed Memorandum Opinion and Order denying Defendnat's Motion to Suppress (Sealed Document No. 223).

The Court has conferred with counsel for Defendant and, recognizing that the search warrants and supporting affidavits upon which Defendant's Motion was based have been unsealed, counsel have agreed that Defendant's motion, the government's opposition and appendix, and the Court's Memorandum Opinion and Order of July 28, 2010, should all be unsealed.

Accordingly, on this the 5th day of August, 2010, it is hereby **ORDERED** that the following documents shall be unsealed forthwith:

1. Defendant's Motion for Suppression Hearing and to Suppress All Evidence Gained by the Government As a Result of Illegal Search Warrants with Memorandum of Law, with Proposed Order (Sealed Document No. 138-1 and 138-2);

2. Government's Opposition to Defendant's Motion to Suppress All Evidence Gained by the Government As a Result of Search Warrants (Sealed Document No. 170);

3. Government's Appendix to its Opposition to Defendant's Motion to Suppress All Evidence Gained by the Government As a Result of Search Warrants (Sealed Document No. 171); and

4. Memorandum Opinion and Order of Court filed July 28, 2010 (Sealed Document No. 223).

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Troy Rivetti,
Assistant United States Attorney
Email: Troy.Rivetti@usdoj.gov

Donovan Cocas,
Assistant United States Attorney
Email: Donovan.Cocas@usdoj.gov

Bruce J. Teitelbaum,
Assistant United States Attorney
Email: Bruce.Teitelbaum@usdoj.gov

Caroline M. Roberto, Esquire
Email: croberto@choiceonemail.com

Jay T. McCamic, Esquire
McCamic, Sacco, Pizzuti & McCoid, PLLC
Email: jtmccamic@mspmlaw.com